ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 01-00349SOM-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR06-0003 RSM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: PINEMUA NEEDHAM SOLIAI | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/11/2005 — TO 6/10/2008 |

**OFFENSE**

POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JAN 17 2006
at 12 o'clock and 4 min, P M
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Washington (Tukwila)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/21/05
Date

*/s/ Susan Oki Mollway*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Washington (Tukwila)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan 4, 2006
Effective Date

United States District Judge