ORIGINAL  SEALED
AO 442 (Rev. 12/85) Warrant for Arrest
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 01-00349 SOM |
| PINEMUA NEEDHAM SOLIAI | |
| (Name and Address of Defendant) | |

   YOU ARE HEREBY COMMANDED TO ARREST PINEMUA NEEDHAM SOLIAI and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Title 21 § 841(a)(1) - KNOWINGLY AND INTENTIONALLY POSSESS WITH INTENT TO DISTRUTE METHAMPHETAMINE.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at __9__ o'clock and __26__ min. A M
SUE BEITIA, CLERK

in violation of Title 21 United States Code, Section(s) 841(a)(1).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | |
| Signature of Issuing Officer/Deputy Clerk | August 30, 2001 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL          By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  08-30-01 | James Yuen  GS | _[signature]_ |